UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAMUEL CATO,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | 1:08-cv-00555-LJO-SMS-PC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS<br><br>ORDER DENYING EXTENSION OF TIME TO FILE AMENDED COMPLAINT AS MOOT<br><br>(Docs. 14, 15.) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 11, 2008, plaintiff filed two motions for an extension of time to file an amended complaint and to file objections to the Magistrate's findings and recommendations.

**A.    Motion for Extension of Time to File Amended Complaint**

On June 23, 2008, the court issued an order for plaintiff to either (1) file an amended complaint or (2) notify the court that he does not wish to file an amended complaint and wishes to proceed only on the claims found cognizable by the court. (Doc. 10.) On July 11, 2008, plaintiff filed a motion for an extension of time to file an amended complaint, pursuant to the court's order. (Docs, 14, 15.) Then, on July 23, 2008, plaintiff filed a written notice to the court that he does not wish to file an amended complaint and instead wishes to proceed only on the cognizable claims for relief set forth by the court's screening order. (Doc. 16.) In light of plaintiff's notice of July 23, 2008, plaintiff's motion for extension of time to file an amended complaint is moot and shall be denied.

**B.     Motion for Extension of Time to File Objections**

Plaintiff also requests an extension of time to file objections to the Magistrate's findings and recommendations of June 23, 2008.  Good cause appearing, plaintiff's motion for extension of time to file objections shall be granted.

**C.     Order**

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time to file an amended complaint is DENIED AS MOOT;
2. Plaintiff's motion for extension of time to file objections is GRANTED; and
3. Plaintiff is granted thirty days from the date of service of this order in which to file objections to the Magistrate's findings and recommendations of June 23, 2008.

IT IS SO ORDERED.

**Dated:    July 25, 2008**                              /s/ Sandra M. Snyder
                                                                      UNITED STATES MAGISTRATE JUDGE