# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAMUEL CATO,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants.<br>_____/ | 1:08-cv-00555-LJO-SMS-PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

        Plaintiff Anthony Samuel Cato ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 22, 2008.

        The court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against defendants Cheema, Espinoza, Williams, and John/Jane Does for adverse conditions of confinement under the Eighth Amendment; against defendant Castro for excessive force under the Eighth Amendment; against defendant Pascua for inadequate medical care under the Eighth Amendment; against defendants Castro, Cheema, Hammon, Jorben, Kelly, C/O Martinez, Moreno, Naranjo, Singh, Wildes, Williams, and John Does for failure to protect plaintiff under the Eighth Amendment; and against defendants Adams, Auid, Barron, Carrol, Castro, Cheema, Dicks, Docanto, Dominguez, Espinoza, Flores, C/O Garcia, Hammon, Hernandez, Jamison, Jorben, Keener, Kelly, Licon, Luna, Magnas, C/O Martinez, Moore, Moreno, Mussleman, Naranjo, Parker, Perez, Payne, Pruneda, Rodriguez, Romero, Scott, Singh,

1  Wildes, Williams, and John/Jane Does for retaliation under the First Amendment.[1]

2  Plaintiff is advised that he must provide sufficient information for the Marshals to identify
3  and locate defendants to serve them a copy of the summons and complaint. The Marshals cannot
4  go forward with process on defendants solely identified as Doe Defendants. Also, as to defendant
5  Carrol, plaintiff must indicate whether he refers to Mrs. Carrol or Mr. Carroll, or both, when he
6  completed the USM-285 forms. The court will initially send plaintiff forty-one USM-285 forms,
7  which is sufficient for one defendant Carroll and four Doe defendants. Should plaintiff require more
8  forms, he should send a written request to the court with an explanation of why the forms are needed.

9  In light of the foregoing, it is HEREBY ORDERED that:

10  1.  Service is appropriate for the following defendants:
11  Warden Derral G. Adams
12  Auid
13  C/O H. Barron
14  C/O Carrol
15  C/O J. Castro
16  Cheema
17  Sgt. Dicks
18  C/O Docanto
19  C/O Dominguez
20  Espinoza
21  MTA Mr. Florez
22  C/O Garcia

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's claims against Sgt. P. Acosta, C/O Byrum, C/O J. Campbell (Asst. Institutional Gang Investigator), C/O P. Castillo, Sgt. A. Garcia, Capt. M. Jennings, C/O S. Lonloria, Lopez (Associate Warden, CSP), Sgt. Martinez, C/O Solano, Tillton (Director of the California Department of Corrections and Rehabilitation ("CDCR")), Sgt. A. Trujillo be dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them. The court also recommended that plaintiff's claims for conspiracy, due process, defamation,, discrimination, inadequate prison grievance process, screening of outgoing mail, and Eighth Amendment violations based on gang validation and SHU retention be dismissed.

| | |
|---|---|
| 1 | C/O H. Hammon |
| 2 | Hernandez |
| 3 | Jamison |
| 4 | Jorben |
| 5 | Lt. J. A. Keener |
| 6 | C/O Kelly |
| 7 | C/O S. Licon |
| 8 | Luna |
| 9 | Magnas |
| 10 | C/O Martinez |
| 11 | Sgt. J. Moore |
| 12 | Moreno |
| 13 | Mussleman |
| 14 | C/O Naranjo |
| 15 | Parker |
| 16 | MTA R. Pascua |
| 17 | C/O J. Payne |
| 18 | Perez |
| 19 | Pruneda |
| 20 | Rodriguez |
| 21 | Romero |
| 22 | C/O L. Scott |
| 23 | C/O M. Singh |
| 24 | Wildes |
| 25 | C/O Williams |
| 26 | John Does |
| 27 | Jane Does |

28  2.  The Clerk of the Court shall send plaintiff forty-one (41) USM-285 forms, forty-one

<pre>
1              (41) summonses, a Notice of Submission of Documents form, an instruction sheet
2              and a copy of the complaint filed April 22, 2008.
3         3.   Within **thirty (30) days** from the date of service of this order, plaintiff shall complete
4              the attached Notice of Submission of Documents and submit the completed Notice
5              to the court with the following documents:
6              a.   Completed summonses;
7              b.   One completed USM-285 form for each defendant listed above; and
8              c.   Forty-two (42) copies of the endorsed complaint filed April 22, 2008.
9         4.   Plaintiff need not attempt service on defendants and need not request waiver of
10             service.  Upon receipt of the above-described documents, the court will direct the
11             United States Marshal to serve the above-named defendants pursuant to Federal Rule
12             of Civil Procedure 4 without payment of costs.
13        5.   <u>The failure to comply with this order will result in a recommendation that this action
14             be dismissed</u>.
</pre>

IT IS SO ORDERED.

**Dated:** August 4, 2008                    /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE