IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAMUEL CATO,<br><br>              Plaintiff,<br><br>       vs.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>              Defendants.<br>_____/ | 1:08-cv-00555-LJO-SMS-PC<br><br>ORDER ADOPTING FINDINGS & RECOMMENDATIONS<br>(Doc. 11.)<br><br>ORDER DENYING MOTION FOR INJUNCTIVE RELIEF<br>(Doc. 2.) |

Anthony Samuel Cato ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 23, 2008, findings and recommendations were entered, recommending that plaintiff's motion for preliminary injunctive relief, filed on April 22, 2008, be denied. (Doc. 11.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. On July 31, 2008, plaintiff filed objections. (Doc. 19.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on June 23, 2008, are adopted in full; and
2. Plaintiff's motion for preliminary injunctive relief, filed April 22, 2008, is DENIED.

IT IS SO ORDERED.

**Dated:   August 7, 2008**                    /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

2