IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAMUEL CATO,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants.<br>_____/ | 1:08-cv-00555-LJO-SMS (PC)<br><br>ORDER GRANTING MOTION<br>TO EXTEND TIME TO SUBMIT<br>COMPLETED SERVICE DOCUMENTS<br><br>(DOCUMENT #24)<br><br>SIXTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On August 29, 2008, plaintiff filed a motion to extend time to submit completed service documents, pursuant to the court's order of August 4, 2008. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted sixty (60) days from the date of service of this order in which to file completed service documents, pursuant to the court's order of August 4, 2008.

IT IS SO ORDERED.

Dated:  September 4, 2008                    /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE