1
2
3
4
5
6
7            IN THE UNITED STATES DISTRICT COURT
8          FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10   ANTHONY SAMUEL CATO,              1:08-cv-00555-LJO-SMS-PC

11            Plaintiff,              ORDER ADOPTING FINDINGS &
                                      RECOMMENDATIONS
12        vs.                         (Doc. 22.)

13   DEPARTMENT OF CORRECTIONS,        ORDER FOR THIS ACTION TO PROCEED
     et al.,                          ONLY AGAINST CERTAIN DEFENDANTS
14
            Defendants.              ORDER DISMISSING ALL REMAINING
15                                    CLAIMS AND DEFENDANTS
     _____/
16

17          Anthony Samuel Cato ("plaintiff") is a state prisoner proceeding pro se in this civil rights

18   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

20          On August 5, 2008, findings and recommendations were entered, recommending that this

21   action proceed only against certain defendants and all remaining claims and defendants be dismissed.

22   Plaintiff was provided an opportunity to file objections to the findings and recommendations within

23   thirty days.   To date, plaintiff has not filed objections or otherwise responded to the findings and

24   recommendations.

25          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this

26   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

27   court finds the findings and recommendations to be supported by the record and proper analysis.

28
                                          1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on August 5, 2008, are adopted in full;

2. This action shall proceed only against:

   (1) defendants Cheema, Espinoza, Williams, and John/Jane Does for adverse conditions of confinement under the Eighth Amendment;

   (2) defendant Castro for excessive force under the Eighth Amendment;

   (3) defendant Pascua for inadequate medical care under the Eighth Amendment;

   (4) defendants Castro, Cheema, Hammon, Jorben, Kelly, C/O Martinez, Moreno, Naranjo, Singh, Wildes, Williams, and John Does for failure to protect plaintiff under the Eighth Amendment; and

   (5) defendants Adams, Auid, Barron, Carrol, Castro, Cheema, Dicks, Docanto, Dominguez, Espinoza, Flores, C/O Garcia, Hammon, Hernandez, Jamison, Jorben, Keener, Kelly, Licon, Luna, Magnas, C/O Martinez, Moore, Moreno, Mussleman, Naranjo, Parker, Perez, Payne, Pruneda, Rodriguez, Romero, Scott, Singh, Wildes, Williams, and John/Jane Does for retaliation under the First Amendment;

3. All remaining claims and defendants are dismissed from this action;

4. Plaintiff's claims against defendants Sgt. P. Acosta, C/O Byrum, C/O J. Campbell (Asst. Institutional Gang Investigator), C/O P. Castillo, Sgt. A. Garcia, Capt. M. Jennings, C/O S. Lonloria, Lopez (Associate Warden, CSP),  Sgt. Martinez, C/O Solano, Tillton (Director of the California Department of Corrections and Rehabilitation ("CDCR")), Sgt. A. Trujillo are dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them; and

5. Plaintiff's claims for conspiracy, due process, defamation,, discrimination, inadequate prison grievance process, screening of outgoing mail, and Eighth Amendment

violations based on gang validation and SHU retention are dismissed from this action for plaintiff's failure to state a claim upon which relief may be granted under section 1983; and

6.     The Clerk of Court is directed to reflect the dismissal of defendants pursuant to this order on the court docket.

IT IS SO ORDERED.

**Dated:     September 17, 2008              /s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

3